ORAL ARGUMENT NOT YET SCHEDULED

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                       )
AMERICAN GAS ASSOCIATION, et al.,      )
                                       )
              Petitioners,             )
                                       )
     v.                              )   Docket No. 11-1020
                                       )   (and consolidated cases)
UNITED STATES ENVIRONMENTAL            )
PROTECTION AGENCY, et al.,             )
                                       )
              Respondents.            )
_____ )

## STATUS REPORT

Respondents United States Environmental Protection Agency and Gina McCarthy, Administrator, (collectively "EPA") submit this Status Report in accordance with the Court's Order of March 3, 2011.

The consolidated petitions in this case seek review of an EPA rule titled "Mandatory Reporting of Greenhouse Gases: Petroleum and Natural Gas Systems," 75 Fed. Reg. 74,458 (November 30, 2010).[1]  Five administrative petitions seeking reconsideration of the rule have been submitted to EPA, including four submitted

---

[1] On February 4, 2015, Petitioner American Gas Association moved for voluntary dismissal of its petition for review.  ECF No. 1535928.  That motion is pending.

by Petitioners in these consolidated cases (i.e., the American Petroleum Institute, the Interstate Natural Gas Association of America, Chesapeake Energy Corporation, and the Gas Processors Association). Because the issues raised in the administrative petitions for reconsideration overlap with the issues in this litigation, EPA moved to hold the case in abeyance pending completion of the reconsideration process. The Court granted that motion in its Order of March 3, 2011, and required EPA to file status reports at 90 day intervals and required the parties to file motions to govern further proceedings within 30 days of the completion of the agency proceedings.

    EPA's review of the administrative petitions is ongoing. Accordingly, the case should continue to be held in abeyance.

                                   Respectfully submitted,

                                   JOHN C. CRUDEN
                                   Assistant Attorney General

                                   /S/ Norman L. Rave, Jr.
                                   NORMAN L. RAVE, JR.
                                   Environmental Defense Section
                                   Environment & Natural Resources Division
                                   United States Department of Justice
                                   P.O. Box 23986
                                   Washington, D.C. 20026-3986
                                   (202) 616-7568
                                   Counsel for Respondents

February 10, 2015

## CERTIFICATE OF SERVICE

  I hereby certify that on this 10th day of February, 2015, I caused a copy of the foregoing document to be served by the Court's CM/ECF system on all counsel of record in this matter.

    <u>/S/ Norman L. Rave, Jr.</u>
    Norman L. Rave, Jr.